NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHELIA WINSETT**,

*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS**,

*Respondent-Appellee.*

---

2013-7086

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2664, Judge Alan G. Lance Sr.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Shelia Winsett moves for reconsideration of the court's June 10, 2013 order denying her "Motion Notifying Court Notice of Appearance Filed Do Not Comply With Rule 25(d)." Ms. Winsett also moves for leave to file a 21-page reply brief.

2                                          SHELIA WINSETT v. SHINSEKI

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for leave to file a 21-page reply brief is granted.  Ms. Winsett's reply brief is accepted for filing.

(2) The motion for reconsideration is denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25